**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 97-40252
Summary Calendar
_____

JANE BELIAN
and
VALERIE PELLEGRINO,

Plaintiffs-Appellants,

VERSUS

TEXAS A & M UNIVERSITY CORPUS CHRISTI,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
(C-95-CV-652)
_____

November 12, 1997

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

The plaintiffs, who are white females, claim they were constructively discharged from employment as instructors at the defendant university, in violation of title VII. They claim discrimination based on age, sex, and race.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The court heard all of the plaintiffs' case and some of the defendant's case before dismissing the jury and granting defendant's motion for judgment as a matter of law. The court issued a careful and comprehensive fourteen-page order explaining its reasons. We affirm, essentially for the reasons advanced by the district court.

AFFIRMED.